```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06148
   CHAROD M TEMPLE
   LADONNIA D TEMPLE                           CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2746    SSN XXX-XX-7672


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/05/2007 and was not confirmed.

      The case was dismissed without confirmation 08/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED VEHIC          .00           .00            .00
FORD MOTOR CREDIT CORPOR   UNSECURED         12454.01           .00            .00
WELLS FARGO                SECURED VEHIC      8470.00           .00            .00
WELLS FARGO                UNSECURED        NOT FILED           .00            .00
KRYSTAL THOMPSON           NOTICE ONLY      NOT FILED           .00            .00
CHILD SUPPORT DIVISION     NOTICE ONLY      NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED           .00            .00
BELLSOUTH                  UNSECURED        NOT FILED           .00            .00
FIRST NATIONAL CREDIT CA   UNSECURED        NOT FILED           .00            .00
HOLLYWOOD VIDEO            UNSECURED        NOT FILED           .00            .00
HOLLYWOOD VIDEO            UNSECURED        NOT FILED           .00            .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED        NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           317.49           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           351.85           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED              .00           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          3738.33           .00            .00
IL DEPT OF HEALTHCARE &    PRIORITY           8152.51           .00            .00
LVNV FUNDING LLC           UNSECURED         11925.86           .00            .00
LVNV FUNDING LLC           SECURED NOT I     8470.00            .00            .00
ROUNDUP FUNDING LLC        UNSECURED           804.74           .00            .00
ROUNDUP FUNDING LLC        UNSECURED           337.28           .00            .00
CHARLES N THERMAN ESQ      DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                           610.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      610.00

PRIORITY                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06148 CHAROD M TEMPLE & LADONNIA D TEMPLE
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                     610.00
                                    ----------------    ----------------
TOTALS                                       610.00              610.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 12/03/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```